UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Robert K Clark<br>    Tiffany Clark<br>            Debtor(s) | Case No. 10 B 34895 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/04/2010.

2) The plan was confirmed on 01/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/01/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/09/2012, 10/07/2013.

5) The case was Dismissed on 10/24/2013.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,156.99 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,156.99

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,506.33 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,195.07 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,701.40

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Collections & Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 1,524.00 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 1,671.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 232.00 | 232.37 | 232.37 | 7.74 | 0.00 |
| Asset Acceptance | Unsecured | 801.96 | 633.46 | 633.46 | 21.10 | 0.00 |
| Asset Acceptance | Unsecured | 187.80 | 187.80 | 187.80 | 6.25 | 0.00 |
| Asset Acceptance | Unsecured | 729.60 | 758.31 | 758.31 | 25.25 | 0.00 |
| Asset Acceptance | Unsecured | 2,039.00 | NA | NA | 0.00 | 0.00 |
| Associated Allergists | Unsecured | 587.34 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Brittany Woods Apt | Unsecured | 3,788.00 | NA | NA | 0.00 | 0.00 |
| Cash Net | Unsecured | 300.85 | NA | NA | 0.00 | 0.00 |
| Centerpoint Energy | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| Central Illinois Trucks Inc | Unsecured | 3,231.00 | 3,231.00 | 3,231.00 | 107.61 | 0.00 |
| Chase Bankcard Services | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| Check It | Unsecured | 221.87 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City Of Markham | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CMI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,695.02 | 5,539.56 | 5,539.56 | 184.49 | 0.00 |
| Consumer Portfolio Services | Unsecured | 211.09 | NA | NA | 0.00 | 0.00 |
| Cook Law Magistrate | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| Dermatology Associates | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Clinic | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Family Christian Health Center | Unsecured | 204.89 | NA | NA | 0.00 | 0.00 |
| Felt & Lukes LLC | Unsecured | 2,079.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Cash Advance | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 320.00 | 320.12 | 320.12 | 10.66 | 0.00 |
| Guaranty Bank | Unsecured | 582.19 | NA | NA | 0.00 | 0.00 |
| Halsted Financial Services | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Homewood Disposal Service, In | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Huskhawk Group Ltd | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 197.92 | 1,433.30 | 1,433.30 | 47.73 | 0.00 |
| Illinois Collection Service | Unsecured | 1,139.73 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Secured | 6,156.95 | 706.05 | 3,431.50 | 3,431.50 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 157.10 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 421.85 | NA | NA | 0.00 | 0.00 |
| International | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| International Cash Advance | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| Island National Group | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 932.00 | 932.10 | 932.10 | 31.04 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 226.00 | 89.24 | 89.24 | 2.97 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 137.38 | 137.38 | 4.58 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 85.00 | 85.10 | 85.10 | 2.83 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 17,571.00 | 17,930.47 | 14,860.00 | 14,860.00 | 830.04 |
| JP Morgan Chase Bank NA | Unsecured | 17,571.00 | 3,070.47 | 3,070.47 | 102.26 | 0.00 |
| MidAmerica Cardiovascular Consultants | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 747.00 | 747.82 | 747.82 | 24.91 | 0.00 |
| Midland Credit Management | Unsecured | 1,671.40 | 1,674.32 | 1,674.32 | 55.76 | 0.00 |
| Midland Credit Management | Unsecured | 705.00 | 706.48 | 706.48 | 23.53 | 0.00 |
| Midnight Velvet | Unsecured | 295.00 | 295.89 | 295.89 | 9.85 | 0.00 |
| National Recovery Agency | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| NCC Business Services | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| NCC Business Services | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 820.00 | 528.44 | 528.44 | 17.60 | 0.00 |
| Nicor Gas | Unsecured | 3,838.00 | 4,062.76 | 4,062.76 | 135.31 | 0.00 |
| Olympic Village Apartments | Unsecured | 2,326.00 | 2,626.80 | 2,626.80 | 87.48 | 0.00 |
| Oral Surgery Center | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Pack Management Group | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 927.00 | 905.02 | 905.02 | 30.14 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 313.07 | 313.07 | 10.43 | 0.00 |
| Premier Bankcard | Unsecured | 484.00 | 484.29 | 484.29 | 16.13 | 0.00 |
| Premier Bankcard | Unsecured | 473.00 | 473.89 | 473.89 | 15.78 | 0.00 |
| Quick Recovery Inc | Unsecured | 201.88 | NA | NA | 0.00 | 0.00 |
| Quick Recovery Inc | Unsecured | 178.40 | NA | NA | 0.00 | 0.00 |
| Receivable Management SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | NA | 5,000.00 | 5,000.00 | 166.52 | 0.00 |
| Robert J Adams & Associates | Priority | 3,600.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| Seattle Dshs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| South Suburban Hospital | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Spinner Fit | Unsecured | 399.60 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 66.00 | 66.80 | 66.80 | 2.22 | 0.00 |
| Sprint Nextel | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physician | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physician | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 382.00 | 382.80 | 382.80 | 12.75 | 0.00 |
| TCF National Bank | Unsecured | 2,079.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Total Card | Unsecured | 528.00 | 528.29 | 528.29 | 17.59 | 0.00 |
| Tribute | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| Triton College | Unsecured | 1,077.31 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 3,129.00 | 4,610.27 | 4,610.27 | 153.54 | 0.00 |
| United States Dept Of Education | Unsecured | 5,696.79 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United States Dept Of Education | Unsecured | 1,472.00 | NA | NA | 0.00 | 0.00 |
| Village of Hazel Crest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village Of Matteson | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village Of Olympia Fields | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village Of Orland Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Village Of Worth | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Will County Courthouse | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $18,291.50 | $18,291.50 | $830.04 |
| **TOTAL SECURED:** | **$18,291.50** | **$18,291.50** | **$830.04** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,057.15** | **$1,334.05** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,701.40 |
| Disbursements to Creditors | $20,455.59 |
| **TOTAL DISBURSEMENTS :** | **$25,156.99** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/14/2014                By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**